# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| INGER SHANAH FISCHMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-03202-TWP-DLP |
| MEGAN SMITHERS, BRADLEY COOPER, TRAVIS WOMPLER, and D. F., | ) ) ) ) |
| Defendants. | ) |

## ENTRY DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT

In the Entry of August 6, 2019, the Court screened the Complaint and explained that it is subject to dismissal for lack of jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B) because of a lack of federal question jurisdiction or diversity jurisdiction as well as prosecutorial and qualified immunity ([Filing No. 4](#)). The Court gave the Plaintiff an opportunity to amend her Complaint no later than September 6, 2019, and show cause why this case should not be dismissed because of a lack of subject-matter jurisdiction.

On August 21, 2019, the Plaintiff filed a notice, explaining that she could not provide the Court with supporting evidence and documents because they were her only copies, and she asked the Court for guidance on responding to the Show Cause Order ([Filing No. 5](#)). On August 26, 2019, the Court provided the requested guidance and informed Plaintiff that she did not need to file any supporting evidence or documents, but she needed to file an amended complaint no later than September 6, 2019, that established jurisdiction in this Court ([Filing No. 7](#)).

On September 6, 2019, Plaintiff filed a two-page statement providing a few additional facts relating to her claim asserted in the Complaint ([Filing No. 8](#)). Having again pled the same deficient

allegations, Plaintiff has failed to show cause why this case should not be dismissed for lack of subject-matter jurisdiction. Accordingly, for the reasons discussed in the screening Entry ([Filing No. 4](#)), this action is **dismissed for lack of jurisdiction.** *See* 28 U.S.C. § 1915(e)(2)(B). Final judgment consistent with this Entry will be issued under separate order.

    **SO ORDERED.**

Date: 10/28/2019

*Tanya Walton Pratt*
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Inger Shanah Fischman
Inmate No. 412083
Johnson County Jail
P.O. Box 609
Franklin, IN 46131